NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MATTHEW J. NASUTI,**

*Petitioner.*

---

2014-139

---

On Petition for Writ of Mandamus to the Merit Systems Protection Board in No. DC-1221-12-0321-B-1.

---

**ON PETITION**

---

**O R D E R**

The court treats Matthew J. Nasuti's submission received on May 30, 2014 as a petition for a writ of mandamus to direct the Merit Systems Protection Board to, *inter alia*, hold a hearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The Department of State is directed to respond to Nasuti's petition within 14 days of the date of filing of this order. Any other respondent to the petition may also file a response within that same time.

2                                                IN RE NASUTI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30